Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096

                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF TEXAS
                              WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| Tim James Lynch | § | Case No.09-70281-HDH-13 |
| and | § | |
| Kathy Elaine Lynch | § | |
| Debtors | § | |

                                   MOTION TO SELL SECURED
                       PROPERTY FREE AND CLEAR OF LIENS

       Comes now Debtors,Tim James Lynch and Kathy Elaine Lynch, and respectfully show the Court the following:

1. Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on June 9, 2009.

2. Debtors received a loan from  for the purchase of 2592 Vaughn Rd, Burkburnett, Wichita County, Texas:

3. Debtors have scheduled Wells Fargo Home Mortgage as a secured creditor on Schedule D of the petition and has treated Wells Fargo Home Mortgage as a secured creditor in the Chapter 13 Plan;

4. Debtors wish to sell the house and apply the proceeds of such sale to the principle debt owing Wells Fargo Home Mortgage in the approximate amount of $67,000.00 , and;

5. Debtors have located a buyer and an agreement has been reached to sell the house for $172,800.00. Said agreement is attached as EXHIBIT A.

6. Debtors request that the Court grant permission to pay such expenses of sale as set forth in the said attached agreement (EXHIBIT A).

7. Debtors request permission to pay to Monte J. White and Associates, P.C. the amount of $400.00 at closing for the preparation and filing of this motion.

       FOR THESE REASONS, Debtors request an order allowing the sale of real property located at 2592 Vaughn Rd, Burkburnett, Wichita County, Texas, that Wells Fargo Home Mortgage 's lien attach to the proceeds of the sale pending distribution, that costs of sale be paid as per the contract at closing, that taxes be prorated to and paid at the time of closing, that the Trustee be provided a copy of the closing

statement that attorney fees in the amount of $400.00 are approved and for such additional or alternative relief as may be just and proper.

          Respectfully submitted,

          /s/Monte J. White
          Monte J. White & Associates, P.C.
          1106 Brook Ave, Hamilton Place
          Wichita Falls, TX 76301
          (940)723-0099
          (940)723-0096 Fax

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2009, a true and correct copy of the foregoing was served on all parties on the mailing matrix by ECF and/or regular mail:

          /s/Monte J. White

```
Label Matrix for local noticing      Compass Bank                          Recovery Management Systems Corporation
0539-7                               P.O. BOX 201347                       25 SE 2nd Ave. Ste. 1120
Case 09-70281-hdh13                  ARLINGTON, TX 76006-1347              Miami, FL 33131-1605
Northern District of Texas
Wichita Falls
Wed Oct  7 14:44:03 CDT 2009

1100 Commerce Street                 AES-Chase Bank                        Adam Butera, MDPA
Room 1254                            1200 N 7th St                         1714 10th Street
Dallas, TX 75242-1305                Harrisburg, PA 17102-1419             Wichita Falls, TX 76301-5011



American Medical Response            Andre P. Desire, MD                   BURKBURNETT INDEPENDENT SCHOOL DISTRICT
PO Box 847925                        1709 10th Street, Suite B             C/O PERDUE BRANDON FIELDER COLLINS & MOT
Dallas, TX 75284-7925                Wichita Falls, TX 76301-5040          PO BOX 8188
                                                                           WICHITA FALLS TX 76307-8188



Capital One, N.a.                    Chase                                 City of Burk-ISD-Wichita County
2730 Liberty Ave                     800 Brooksedge Blvd                   CO Harold Lerew
Pittsburgh, PA 15222-4704            Westerville, OH 43081-2822            PO Box 8188
                                                                           Wichita Falls, TX 76307-8188



Clay County Memorial Hospital        Clinics of North Texas                Community Health Care Center
310 W South Street                   PO Box 97547                          P O Box 720
Henrietta, TX 76365-3346             Wichita Falls, TX 76307-7547          Wichita Falls, TX 76307-0720



Compass Bank                         Compass Bank                          Compass Bank (Secured)
Attn: Bankruptcy                     P.O. Box 10566                        P.O. Box 201347
PO Box 10566                         Birmingham, AL 35296-0002             Arlington, TX 76006-1347
Birmingham, AL 35296-0002



Denton Teachers Credit Union         ECMC                                  IRS Special Procedures
225 W Mulberry                       P. O. Box 75906                       1100 Commerce St., Room 951
Denton, TX 76201-6011                St. Paul, MN 55175-0906               Mail Stop 5029 DAL
                                                                           Dallas, TX 75242-1001



JP Morgan Chase Bank, N              Monte J. White & Associates           PRA Receivables Management, LLC
Po Box 6004                          1106 Brook Ave                        As Agent Of Portfolio Recovery Assocs.
Ridgeland, MS 39158-6004             Wichita Falls TX 76301-5009           c/o Capital One
                                                                           POB 41067
                                                                           NORFOLK VA 23541-1067



Recovery Management Systems Corporation   Shawnee Medical Center Clinic    Titanium Emergency Group
25 S.E. 2nd Avenue, Suite 1120            PO Box 849                       P.O. Box 3407
Miami, FL 33131-1605                      Shawnee, OK 74802-0849           Emergency room Physician
                                                                           Wichita Falls, Texas 76301-0407



Union Square F C U                   United Reference Laboratory           United Regional
Po Box 6050                          1702 7th Street                       1600 11th Street
Sheppard Afb, TX 76311-0050          Wichita Falls, Texas 76301-4202       Wichita Falls, TX 76301-4388
```

```
WICHITA COUNTY                        Wells Fargo                            Wells Fargo Bank NA
C/O PERDUE BRANDON FIELDER COLLINS & MOT   PO Box 60510                      PO Box 10438
PO BOX 8188                           Los Angeles, CA 90060-0510             Des Moines, IA 50306-0438
WICHITA FALLS TX 76307-8188


Wells Fargo Bank, N.A.                Wells Fargo Bank, N.A.                 Wells Fargo Card Ser
c/o Legal Practice Management         c/o Wells Fargo Card Services          PO Box 5058
15000 Surveyor Blvd.                  Recovery Department                    Portland, OR 97208-5058
Suite 1720                            P.O. Box 9210
Addison, TX 75001-4417                Des Moines, IA 50306-9210


Wells Fargo Home Mtg                  eCAST Settlement Corporation, assignee  jpmorgan chase bank,n.a.
Attention: Bankruptcy Department  MAC-X   of Chase Bank USA, N.A.            aes student loan - private
3476 Stateview Blvd.                  POB 35480                              201 n central ave az1-1191
Fort Mill, SC 29715-7203              Newark, NJ 07193-5480                  phoenix, az 85004-0073


Kathy Elaine Lynch                    Monte J. White                         Tim James Lynch
2592 Vaughn Rd.                       Monte J. White & Associates, P.C.      2592 Vaughn Rd
Burkburnett, TX 76354-5448            1106 Brook Avenue                      Burkburnett, TX 76354-5448
                                      Wichita Falls, TX 76301-5009


UST U.S. Trustee                      Walter 12,13 OCheskey
1100 Commerce Street                  6308 Iola Avenue
Room 976                              Lubbock, TX 79424-2735
Dallas, TX 75242-1011
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Wells Fargo Bank, NA                End of Label Matrix
                                       Mailable recipients    43
                                       Bypassed recipients     1
                                       Total                  44